IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RANDALEE PAIGE WINTER**, <br><br>  Plaintiff, <br><br> v. <br><br> **GUARD FORCE INTERNATIONAL, INC.**, <br><br>  Defendant. | Case No. 3:16-cv-2408-SI <br><br> **ORDER** |

**Michael H. Simon, District Judge.**

Plaintiff Randalee Paige Winter ("Plaintiff") brings this lawsuit against her former employer, Defendant Guard Force International, Inc. ("Defendant"), alleging that Defendant retaliated against her when she reported that her supervisor was asleep on duty. The Court entered default judgment for Plaintiff on July 25, 2017. ECF 14. Before the Court is Plaintiff's Motion for Attorney Fees and Bill of Costs (ECF 18). For the reasons that follow, Plaintiff's motion and bill of costs are granted.

Plaintiff is entitled to reasonable attorney's fees and costs under Or. Rev. Stat. §§ 20.107(1) and 659A.885(1). The Court calculates the amount of attorney's fees using the lodestar method. "Under the lodestar method, a court determines a reasonable attorney fee award

by multiplying the reasonable hours expended by a reasonable hourly rate and, when appropriate, enhancing the lodestar amount with a fee multiplier." *Moro v. State*, 360 Or. 467, 472 (2016). Plaintiff requests $6,525.00 in attorney's fees for 14.5 hours worked by Attorney Aaron W. Baker, at a rate of $450.00 per hour, and $10,862.50 in attorney's fees for 39.5 hours worked by Attorney Ashley Bannon Moore, at a rate of $275.00 per hour. Plaintiff does not seek a multiplier.

Mr. Baker has spent 20 of his 25 years as a member of the Oregon State Bar practicing employment law. Ms. Moore has been a practicing attorney for six years and currently focuses exclusively on employment litigation. Based on the Oregon State Bar 2012 Economic Survey, available at https://www.osbar.org/_docs/resources/econsurveys/12economicsurvey.pdf, the Court finds hourly rates of $450.00 for Mr. Baker and $275.00 for Ms. Moore are reasonable. The Court also finds that the number of hours sought are reasonable.

As costs, Plaintiff also seeks $400.00 for filing this lawsuit and a $55.00 service fee. The Court finds that $455.00 in costs is reasonable.

Plaintiff's Motion for Attorney Fees and Bill of Costs (ECF 18) is GRANTED. Plaintiff is awarded $17,387.50 in fees and $455.00 in costs.

**IT IS SO ORDERED.**

DATED this 28th day of August, 2017.

/s/ Michael H. Simon  
Michael H. Simon  
United States District Judge